# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JODECI NASH**                                                          **PLAINTIFF**

**V.**                    **NO. 4:21-cv-00475-LPR-ERE**

**RODNEY WRIGHT,** *et al.*                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Lee P. Rudofsky. Mr. Nash may file objections if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Rudofsky can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, Mr. Nash may waive the right to appeal questions of fact.

**II.**   **Discussion**

Plaintiff Jodeci Nash, an Arkansas Division of Correction inmate, filed this § 1983 lawsuit without the help of a lawyer on June 1, 2021. *Doc. 2.* Mr. Nash did not file a complete application for leave to proceed *in forma pauperis* (IFP) including a

jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, on June, 2021, the Court denied his motion for leave to proceed IFP. *Doc. 3.* In that Order, the Court directed the Clerk of Court to provide Mr. Nash with another IFP application and ordered Mr. Nash, within 30 days, to return a completed IFP application, including an accompanying affidavit and jail account information sheet, or pay the $402.00 filing fee. The Court specifically warned Mr. Nash that, if he failed to comply with the Court's Order, this lawsuit would be dismissed. *Id.*

On June 14, Mr. Nash filed another motion for leave to proceed IFP. *Doc. 5.* Mr. Nash submitted a jail account information sheet, but it was not signed by an authorized official. Instead, the signature line reads: "[r]eceived within ADC on this date at intake." *Doc. 5 at 3, 4.*

On June 15, the Court denied Mr. Nash's June 14 motion for leave to proceed IFP. *Doc. 6.* The Court again ordered Mr. Nash to submit a fully completed IFP application or to pay the $402 filing fee and gave him 30 days to comply. *Doc. No. 6.* To date, Mr. Nash has not addressed the filing-fee requirement, and the time for doing so has passed.

## III.   Conclusion

The Court recommends that Mr. Nash's claims be DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's June 15, 2021 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

DATED this 2nd day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE