IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JODECI NASH**                                                                                   **PLAINTIFF**

V.                                    NO. 4:21-cv-00475-LPR-ERE

**RODNEY WRIGHT, Sheriff;**
**GANN, Corporal;**
**CASTLEBERRY, Deputy;**
**THOMPSON, Deputy;**
**BLAIR, Deputy;**
**ZACH MILAM; and**
**DOES**                                                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin recommending that Mr. Nash's claims be dismissed. Mr. Nash has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Nash's claims are DISMISSED, without prejudice, based on his failure to: (1) respond to the Court's June 15, 2021 Order; (2) address the filing-fee requirement; and (3) prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE