IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JODECI NASH**                                                                                                **PLAINTIFF**

V.                                  NO. 4:21-cv-00475-LPR-ERE

**RODNEY WRIGHT, Sheriff;**
**GANN, Corporal;**
**CASTLEBERRY, Deputy;**
**THOMPSON, Deputy;**
**BLAIR, Deputy;**
**ZACH MILAM; and**
**DOES**                                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice.

IT IS SO ADJUDGED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE